■ NICHOLAS DOMINICK et al., Respondents, v CHARLES MILLAR & SON Co. et al., Appellants, et al., Defendants. (Appeal No. 1.) [51 NYS3d 455]—Appeal from an order of the Supreme Court, Oneida County (Charles C. Merrell, J.), entered December 3, 2015. The order denied the motion of defendants-appellants to set aside the jury verdict.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Whalen, P.J., Smith, Centra, Troutman and Scudder, JJ.